IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERIK JAMES QUAY,

      Appellant,

 v.

Case No.  5D21-1256
LT Case No. 2019-300654-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 17, 2022

Appeal from the Circuit Court
for Volusia County,
Sandra C. Upchurch, Judge.

Matthew J. Metz, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney B. Hartless,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., COHEN and HARRIS, JJ., concur.